No. 95–8286.  PHILLIPS *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 95–8287.  SHERRY *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 95–8288.  ROMERO *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 95–8291.  WRIGHT *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 95–8292.  TAYLOR *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 95–8295.  DARDEN *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 95–8296.  DILBERT *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 95–8300.  DOYLE *v.* UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 95–8301.  HAWKINS *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 95–8304.  HUNTER *v.* UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 95–8312.  MYLES *v.* UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 95–8318.  STRYDOM *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 95–8325.  CLAYPOOL *v.* UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 95–8330.  MCCAULEY *v.* WINEGARDEN, JUDGE, SUPERIOR COURT OF GEORGIA, GWINNETT COUNTY, ET AL.  C. A. 11th Cir. Certiorari denied.

No. 95–8333.  ROBINSON *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 95–8339.  JOHNSON *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.